Steven T. Lovett, OSB No. 910701
steve.lovett@stoel.com
Rachel C. Lee, OSB No. 102944
rachel.lee@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

Daniel F. Katz (MDL admission pending)
dkatz@wc.com
David Kurtzer-Ellenbogen (MDL admission pending)
dkurtzer@wc.com
Rachel Rodman (MDL admission pending)
rrodman@wc.com
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005
Telephone:  (202) 434-5000
Facsimile:  (202) 434-5029

    Attorneys for Defendant


UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION


| | |
|---|---|
| In re INTEL CORP. CPU MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.:  3:18-md-02828-SI |
| This Document Relates to: 3:18-cv-00193-SI 3:18-cv-00211-SI | INTEL CORPORATION'S NOTICE OF ATTORNEY APPEARANCE |

/ / /

/ / /


  Page 1   -   INTEL CORPORATION'S NOTICE OF ATTORNEY APPEARANCE


97116456.1 0029222-00079

TO:  CLERK OF THE COURT

AND TO:  ALL PARTIES AND ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that the following attorneys have been retained as counsel to appear on behalf of Defendant Intel Corporation in the above-captioned proceedings:

- Daniel F. Katz (MDL admission pending) - dkatz@wc.com

- David Kurtzer-Ellenbogen (MDL admission pending) - dkurtzer@wc.com

- Rachel Rodman (MDL admission pending) - rrodman@wc.com

- Rachel C. Lee, OSB No. 102944

The attorneys listed above are in addition to the following attorney who previously appeared in this action on behalf of Defendant Intel Corporation and will continue as one of its attorneys of record:

- Steven T. Lovett, OSB No. 910701

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Page 2    -    INTEL CORPORATION'S NOTICE OF ATTORNEY APPEARANCE

97116456.1 0029222-00079

Service of all papers and pleadings, except those of original process, should be made at

the office of Stoel Rives LLP and the office of Williams & Connolly LLP stated above.

DATED:  June 4, 2018.

STOEL RIVES LLP


*/s/ Rachel C. Lee*
STEVEN T. LOVETT, OSB No. 910701
steve.lovett@stoel.com
RACHEL C. LEE, OSB No. 102944
rachel.lee@stoel.com
Telephone:  503.224.3380

WILLIAMS & CONNOLLY LLP

Daniel F. Katz (MDL admission pending)
dkatz@wc.com
David Kurtzer-Ellenbogen (MDL admission pending)
dkurtzer@wc.com
Rachel Rodman (MDL admission pending)
rrodman@wc.com
Telephone:  (202) 434-5000

Attorneys for Defendant


Page 3    -    INTEL CORPORATION'S NOTICE OF ATTORNEY APPEARANCE


97116456.1 0029222-00079