UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 24 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: INTEL CORP. CPU MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION,<br><br>------------------------------<br><br>JIMAYA GOMEZ; et al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>INTEL CORPORATION, a Delaware corporation,<br><br>        Defendant - Appellee. | No. 22-35652<br><br>D.C. No. 3:18-md-02828-SI<br>U.S. District Court for Oregon, Portland<br><br>**MANDATE** |

The judgment of this Court, entered November 02, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                FOR THE COURT:

                MOLLY C. DWYER
                CLERK OF COURT